BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
Cassidy Clark (SBN 335523)
180 Grand Avenue, Suite 1380
Oakland, California 94612
Telephone:    (510) 444-9300
Facsimile:    (510) 444-9301
Emails:        bryan@bryanschwartzlaw.com
              cassidy@bryanschwartzlaw.com

LEGAL AID AT WORK
Jinny Kim (SBN 208953)
Jared Odessky (SBN 333555)
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone:    (415) 864-8848
Facsimile:    (415) 593-0096
Emails:        jkim@legalaidatwork.org
              jodessky@legalaidatwork.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>       *Plaintiff,*<br><br>    v.<br><br>CAROL SPAHN, in her official capacity as Acting Director of the Peace Corps<br><br>       *Defendant.* | Case No.: 3:21-cv-04007-LB<br><br>**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; AND TO DISMISS OR STRIKE THE CLASS CLAIMS**<br><br>Hearing Date: December 2, 2021<br>Time: 9:30 a.m.<br>Complaint Filed: May 26, 2021<br>Judge: Honorable Laurel Beeler |

{00634742.DOC 2}                                            CASE NO. 3:21-cv-04007-LB

PLAINTIFF'S DECLARATION ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FAC, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; AND TO DISMISS OR STRIKE THE CLASS CLAIMS

I, Jane Doe, declare:

1.  I am an individual over the age of 18 who resides in Chapel Hill, North Carolina. I have personal knowledge of all matters stated herein, and if called as a witness I could testify competently to them.

2.  I filed this suit on behalf of myself and others who were discriminated against because of the Peace Corps' medical clearance process. In this declaration, I explain why venue in the Northern District of California is more convenient for me than in the District of Columbia.

3.  I grew up in Los Angeles, California and lived there until I moved to Berkeley, California to attend the University of California, Berkeley. My aunt, uncle, and cousins, among other family members, still reside in Los Angeles.

4.  I lived in Berkeley, California for four years during my time in college. My entire experience with the Peace Corps happened in Berkeley, California. The Peace Corps Advisor recruited me in Berkeley. I applied for a Volunteer position and interviewed for that position from Berkeley. The Peace Corps notified me of my invitation to join and then my denial of medical clearance in Berkeley. I appealed from Berkeley and received my final denial of clearance and rejection in Berkeley.

5.  Because of the COVID-19 pandemic, I temporarily moved to Sandy Springs, Georgia in June 2020 to be closer to my family. Through August 2021, I continued to work remotely for and today still volunteer for a lab located in Berkeley, California.

6.  During my time at UC Berkeley, I made close friendships that continue to this day. Many of my friends from college now live in San Francisco, California and the larger Bay Area. For any court-related appearances I need to make in the Northern District of California, I will be able to stay with one of my many friends in the area.

7.  I have no ties to the District of Columbia. I have no family members who reside in the District of Columbia. I have only visited the District of Columbia once for four days.

8.  It would be far more convenient for me to travel to San Francisco than the District of Columbia given my familiarity with and numerous personal ties in the Bay Area and California and my absence of ties in the District of Columbia.

//

PLAINTIFF'S DECLARATION ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FAC, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; AND TO DISMISS OR STRIKE THE CLASS CLAIMS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and was signed in Chapel Hill, North Carolina on November 7, 2021.

/s/ Jane Doe
Jane Doe

PLAINTIFF'S DECLARATION ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FAC, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; AND TO DISMISS OR STRIKE THE CLASS CLAIMS